EDGAR V. ANDERSON, Appellant, v. TACONIC STATE PARK COMMISSION et al., Respondents.

Argued November 17, 1941; decided December 10, 1941.

*Charles A. Butts* and *James E. Carroll* for appellant.

*John J. Bennett, Jr., Attorney-General (Leo G. Hosenfeld, Henry Epstein* and *Hugh Reilly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.